CRIMINAL COMPLAINT
**(Electronically Submitted)**

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>**v.**<br>**Abelardo Lizarranga**<br>DOB: 1995; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-3735MJ |

Complaint for violations of Title 18, United States Code, §§ 922(a)(1)(A) and 924(a)(1)(D)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Between an unknown date and on or about August 25, 2026, in the District of Arizona, ABELARDO LIZARRANGA, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On August 21, 2026, a Tucson Police Department (TPD) officer, operating an undercover FaceBook account, had contact with a suspect named **Abelardo LIZARRANGA**. **LIZARRANGA** advertised his ability to produce "privately made firearms" (PMF) to customer specifications. **LIZARRANGA** sent videos to the TPD officer of three PMFs which appeared to be complete and functional. TPD attempted to complete a UC sale of the firearms, but the suspect was unresponsive. Based on the videos, which showed the inside of the suspect's home, TPD acquired a telephonic search warrant through Pima County Superior Court to search the suspect's home. TPD executed the warrant and detained **LIZARRANGA** at his home. In searching **LIZARRANGA**'s room in the residence, officers located three (3) PMFs, consistent with the video. Officers also found the following in LIZARRANGA's room: several firearms accessories (magazines and holsters), multiple rounds of ammunition, one (1) lower receiver for a firearm, one (1) spent shell casing, two (2) conversion kits, blueprints showing how to assemble and disassemble a firearm, and firearm molds, in addition to approximately 2,500 counterfeit oxycodone pills (fentanyl), most of which were separated into bags of varying amount. Elsewhere in the residence, officers located a scale, $650 in cash, and two Glock firearms. ATF SAs responded and interviewed **LIZARRANGA**. **LIZARRANGA** admitted he ordered parts online from separate vendors, which cannot be sold together because they would constitute a firearm. He spent "about two days" per firearm assembling them to be complete. **LIZARRANGA** admitted he does not have a Federal Firearms License to manufacture or sell firearms.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *Matthew C. Cassell* | SIGNATURE OF COMPLAINANT<br>ALEXANDER GUNTHER Digitally signed by ALEXANDER GUNTHER Date: 2026.08.31 13:46:56 -07'00'<br><br>OFFICIAL TITLE<br>ATF SA Alexander Gunther |
|---|---|
| **Sworn by telephone _x__** | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 31, 2026 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54