TIMOTHY COURCHAINE
United States Attorney
District of Arizona
FRANCES M. KREAMER HOPE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Frances.Kreamer.Hope@usdoj.gov
Attorneys for Plaintiff

FILED
2026 SEP 30 PM 1:31
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR26-05187 TUC-RM(LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Abelardo Albert Lizarraga,

Defendant.

**INDICTMENT**

Violations:
18 U.S.C. §§ 922(a)(1)(A) and 924(a)(a)(D)
Manufacturing Firearms Without a License
Count 1

18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D)
Dealing in Firearms Without a License
Count 2

18 U.S.C. §§ 922(g)(1) and 924(a)(8)
Possession of Firearms and Ammunition by a Prohibited Person
Count 3

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi)
Possession with Intent to Distribute Fentanyl
Count 4

18 U.S.C. § 924(c)(1)(A)(i)
Possession/Use of a Firearm During/ In Relation to a Drug Trafficking Crime
Count 5

18 U.S.C.§ 924(d);
28 U.S.C.§ 2461(c);
21 U.S.C. § 853
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

**COUNT 1**

From a time unknown to on or about August 25, 2026, in the District of Arizona, ABELARDO ALBERT LIZARRAGA, not being a licensed manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the manufacturing of firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

**COUNT 2**

From a time unknown to on or about August 25, 2026, in the District of Arizona, ABELARDO ALBERT LIZARRAGA, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

**COUNT 3**

On or about August 25, 2026, in the District of Arizona, ABELARDO ALBERT LIZARRAGA, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, to wit: one (1) Glock, model 22, .40 caliber pistol; one (1) Glock, model 19 Gen 5, 9mm pistol; one (1) purple, un-serialized privately made firearm (PMF); one (1) white, un-serialized privately made firearm (PMF); one (1) blue, un-serialized privately made firearm (PMF); 170 rounds of 9mm ammunition; 76 rounds of .40 caliber ammunition; 50 rounds of .357 caliber ammunition; and 50 rounds of .380 caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**COUNT 4**

On or about August 25, 2026, in the District of Arizona, ABELARDO ALBERT LIZARRAGA, did knowingly and intentionally possess with intent to distribute 40 grams

or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv).

**COUNT 5**

On or about August 25, 2026, in the District of Arizona, ABELARDO ALBERT LIZARRAGA, did knowingly use and carry a firearm, that is one (1) Glock model 22, .40 caliber pistol; one (1) Glock, model 19 Gen 5, 9mm pistol; one (1) purple, un-serialized privately made firearm (PMF); one (1) white, un-serialized privately made firearm (PMF); and one (1) blue, un-serialized privately made firearm (PMF), during and in relation to a drug trafficking crime, and did knowingly possess a firearm in furtherance of a drug trafficking crime, that is Possession with Intent to Distribute Fentanyl, as alleged in Count 4 of the Indictment, a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts One through Five of this Indictment, defendant, ABELARDO ALBERT LIZARRAGA, shall forfeit to the United States pursuant to:

a) Title 21, United States Code, Section 853, all right, title, and interest in (1) any property, real or personal constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the said violations, and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of the said violations; and

b) Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense.

The property to be forfeited includes but is not limited to; one (1) Glock, model 22, .40 caliber pistol, bearing serial number FCH479US; one (1) Glock, model 19 Gen 5, 9mm

pistol, bearing serial number bnfz055; one (1) purple, un-serialized privately made firearm (PMF); one (1) white, un-serialized privately made firearm (PMF); one (1) blue, un-serialized privately made firearm (PMF); 170 rounds of 9mm ammunition; 76 rounds of .40 caliber ammunition; 50 rounds of .357 caliber ammunition; and 50 rounds of .380 caliber ammunition.

If any of the forfeitable property, as a result of any act or omission of the defendant: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2.(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: September 30, 2026

REDACTED FOR
PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/

FRANCES M. KREAMER HOPE
Assistant U.S. Attorney