☒ FILED ☐ LODGED
Oct 06 2026
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# *UNITED STATES DISTRICT COURT*
## *DISTRICT OF ARIZONA*

United States of America,
PLAINTIFF,

vs.

Abelardo Albert Lizarraga
DEFENDANT.

CR 26-05187-RM-LCK

*EXHIBIT LIST*

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Honorable James E. Marner | Susana Barraza | Courtsmart |
| HEARING DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
| October 6, 2026 | AUSA Frances M. Kreamer Hope | Matthew John McGuire, Esq. |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT |
|---|---|---|---|
| 1 | | 10/6/2026 | Pima County Superior Court Sentence of Imprisonment – CR20171003-001 (Bates 5-8) |
| 2 | | | TPD Incident Report – P1702190249 (Bates 69-91) |
| 3 | | | TPD Incident Report – P2608250193 (Bates 15-52) |
| 4 | | | ATF Report of Investigation (Bates 1-2) |
| 5 | | 10/6/2026 | Screenshots of Defendant's Social Media Posts and Conversation (Bates 272-281) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |